1  McGREGOR W. SCOTT
   United States Attorney
2  MARIANNE PANSA
   Assistant United States Attorney
3  1130 "O" Street, Room 3654
   Fresno, California  93721
4  Telephone: (559) 498-7272
5  Attorneys for Respondents

## UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | No. 01:CR-05-0411 AWI |
| ) | |
| ANDRES MEZA-VILLAREAL ) | **STIPULATION RE: MOTION FOR CONTINUANCE AND ORDER** |
| ) | |
| Defendant ) | |

### STIPULATION

It is hereby stipulated by and between the parties hereto, and through their attorneys of record, that the status conference which is currently scheduled on this matter for **April 3, 2006** at 9:00, will be continued to **April 24, 2006 at 9:00 am.**  Finally, the parties also stipulate that time will be excluded from the last hearing date of March 6, 2006 through and including **April 23, 2006,**

///
///
///
///
///
///
///

1

in the interests of justice pursuant to 18  USC § 3161 (h)(8)(A) and 18 USC § 3161(h)(8)(B)(iv).

Respectfully Submitted,

/s/ Marianne A. Pansa                                   /s/ Arshak Bartoumian (consent given to sign)
McGREGOR W. SCOTT                               Arshak Bartoumian
United States Attorney                                  Attorney for the Defendant
by: MARIANNE A. PANSA                          Andres Meza-Villareal
Assistant United States Attorney
Attorney for the Plaintiff
Date :  April 3, 2006                                       Date : April 3, 2006


**IT IS SO ORDERED.**

IT IS SO ORDERED.

**Dated:     April 5, 2006                          /s/ Anthony W. Ishii**
0m8i78                                                       UNITED STATES DISTRICT JUDGE