McGREGOR W. SCOTT
United States Attorney
MARIANNE PANSA
Assistant United States Attorney
Federal Courthouse
2500 Tulare Street, Suite 4401
Fresno, California 93721
(559) 497-4083

**UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| UNITED STATES OF AMERICA, ) <br> ) <br> Plaintiff, ) <br> ) <br> vs. ) <br> ) <br> ANDRES MEZA-VILLAREAL, ) <br> ) <br> Defendant ) <br> ) | No. 01:CR-05-0411 AWI <br><br> **STIPULATION RE: MOTION FOR CONTINUANCE AND ORDER** |

**STIPULATION**

It is hereby stipulated by and between the parties hereto, and through their attorneys of record, that the status conference which is currently scheduled on this matter for **June 26, 2006, at 9:00 am**, will be vacated. The parties are unable to reach a resolution in this case and have agreed on a trial date of **September 12, 2006 at 9:00 am.** The parties also agree that motions in limine be filed by **July 21, 2006** and any replies will be filed by **August 18, 2006.** The parties request that a trial confirmation be set on **September 5, 2006, at 9:00am**. Finally, the parties also stipulate that time will be excluded through and including **September 12, 2006** in the

///

///

///

///

1

interests of justice pursuant to 18 USC § 3161 (h)(8)(A) and 18 USC § 3161(h)(8)(B)(iv).

Respectfully Submitted,

/s/ Marianne A. Pansa                                   /s/ Arshak Bartoumian (consent given to sign)
McGREGOR W. SCOTT                                Arshak Bartoumian
United States Attorney                                    Attorney for the Defendant
by: MARIANNE A. PANSA                            Andres Meza-Villareal
Assistant United States Attorney
Attorney for the Plaintiff

Date :  June 22, 2006                                       Date : June 22, 2006

**ORDER**

The court accepts the stipulations of the parties, except that on the jury trial date of September 12, 2006, the parties shall appear at 8:30 a.m.

IT IS SO ORDERED.

**Dated:   June 23, 2006**                              /s/ Anthony W. Ishii
0m8i78                                                              UNITED STATES DISTRICT JUDGE

2